**Lillian Diaz BELANCOURT, Respondent,**

v.

**Dunet F. BELANCOURT, Appellant.**

**No. 56646.**

Missouri Court of Appeals, Eastern District, Division Four.

May 29, 1990.

Julius H. Berg, St. Louis, for appellant.

Irving L. Cooper, St. Louis, for respondent.

### ORDER

PER CURIAM.

In this dissolution action, the husband appeals from the trial court's award of temporary maintenance, attorney's fees and suit money. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).